# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
Howard H. Baker Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, Tennessee 37902

(865) 545-4228
www.tned.uscourts.gov

**PATRICIA L. McNUTT**
Clerk of the Court

**JOHN L. MEDEARIS**
Chief Deputy Clerk

July 2, 2007

Michael W. Dobbins, Clerk
U.S. District Court for the Northern District of Illinois
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

RE: MDL DOCKET 1715 - AMERIQUEST MORTGAGE CO. MORTGAGE LENDING
PRACTICES LITIGATION
Myers v. Ameriquest
(3:07-cv-80)

Dear Mr. Dobbins:

We are in receipt of the certified transfer order instructing our court to forward the record as set forth and a copy of the docket sheet in the above styled case. We have enclosed the required documents. If there are any problems, please do not hesitate to contact our office at (865) 545-4228. Thank you.

Sincerely,

_____S/ A. Beeler_____, Case Manager

aa/Enclosures